**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/mnd.8335317697.54439066.20969.json

CASE 0:26-cr-00025-LMP-DLM   Doc. 3   Filed 01/22/26   Page 1 of 1