# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *United States of America*, | NOTICE OF APPEARANCE |
| Plaintiff, | Case No:  0:26-cr-00025-LMP-DLM |
| v. | |
| *Nekima Valdez Levy Armstrong, et al.*, | |
| Defendants. | |

The undersigned attorney hereby notifies the Court and counsel that Robert J. Keenan shall appear as counsel of record for plaintiff United States of America in the above-captioned case.

DATED: February 10, 2026.

                                               */s/ Robert J. Keenan*
                                         Robert J. Keenan (CA 151094)
                                         Acting Deputy Assistant Attorney General
                                         CIVIL RIGHTS DIVISION
                                         U.S. DEPARTMENT OF JUSTICE
                                         950 Pennsylvania Avenue, NW
                                         Washington, DC  20530
                                         Telephone:  (202) 305-2566
                                         E-Mail:     Robert.Keenan@usdoj.gov