UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEKIMA VALDEZ LEVY-ARMSTRONG, et al.,<br><br>Defendants. | No. 0:26-cr-025-LMP-DLM<br><br>**JOINT STATUS REPORT REGARDING PROPOSED PRETRIAL DEADLINES** |

Pursuant to the court's order (Dkt. 523) dated May 14, 2026, the United States, on behalf of all parties to the litigation, submits the following joint status report.

1. On Thursday May 21, 2026, the United States began providing unredacted discovery via the USAfx and USADisclosure portal to the Defendants who had executed the protective order certification.

2. The United States anticipates making an additional round of discovery available next week, and will continue to promptly produce any new discovery (*e.g.*, new agent reports, etc.) on a rolling basis.

3. On Monday, May 18, 2026, pursuant to the Court's order, counsel for the United States initiated meet and confer communications with counsel for the Defendants regarding proposed dates for pretrial deadlines.

4. The United States proposed the following pretrial deadlines to defense counsel:

a. June 12, 2026, deadline for Defendants' discovery production;

b. June 26, 2026, deadline to file pretrial motions;

c. July 24, 2026, deadline to file responses to pretrial motions due and notice of intent to call hearing witnesses;

d. July 31, 2026, deadline to file reply notice of intent to call hearing witnesses;

5. Defendants BEUTE, FORT and LEMON filed joint motions for grand jury transcripts (Dkt. 125) and release of all *Brady* material (Dkt. 413), which are pending. Resolution of those motions could inform certain motions to dismiss.

6. Defendant TIER, along with 32 other defendants (namely, CREWS, LEVY-ARMSTRONG, ALLEN, KELLY, RICHARDSON, LUNDY, AUSTIN, ABOUD, ADAMSON, BLUMENFELD, CAREY, CULLARS-DOTY, DUNLAP, EDWARDS, GOLIGOSKI, HAUPTMAN, HOGAN, MATTHIAS, C. MICHAELSON, E. MICHAELSON, OKAR, PERRY, PERSIGEHL, PINEDA-MORENO, RODRIGUEZ-BOCANEGRA, SHAW, STRONG-ALLEN, C. SWENSON, R. SWENSON, WIEDEMAN TUGGLE, VERGIN, and WEINFURTER) filed a Joint Petition to Disclose Grand Jury Material (Dkt.

491). Defendant TIER filed a separate Motion to Compel Discovery (Dkt. 493). Both of these motions are pending. Resolution of those motions could inform certain motions to dismiss.

7. Although the Court has indicated it does not anticipate allowing pre-hearing reply briefing, counsel for LEVY-ARMSTRONG requests the opportunity to file reply briefs one week after the government's responses.

8. On May 27, 2026, the government notified counsel for FORT that it intended to produce additional discovery next week, which the Government expects will include more reports and other materials, including applications for prior search and tracking warrants (whether denied or approved by the Court). To ensure that all parties have sufficient time to review the forthcoming evidence and to evaluate any resulting pretrial motions, FORT's counsel proposes that pretrial motions be due no less than 30 days after the government's forthcoming disclosures with a response date approximately 30 days thereafter. In addition, FORT reserves the right to file additional pretrial motions after the initial pretrial motions deadline because of any subsequent rulings on other motions that seek disclosures from the government, such as those at Dkt. Nos. 125, 413, 491, and 525, or any similar motions that might follow.

9. On or after May 28, 2026, defendants ABOUD, ADAMSON, ALLEN, AUSTIN, BOLLMAN, CREWS, CULLARS-DOTY, EDWARDS,

GOLISOSKI, HANSA, HOGAN, E. MICHAELSON MATTHIAS, OKAR, PERSIGEHL, PERRY, PINEDA-MORENO, RODRIQUEZ-BOCANEGRA, SHAW, STRONG-ALLEN, C. SWENSON, R. SWENSON, VERGIN, and WIEDEMAN TUGGLE joined FORT's request.

10. The Government does not object to the extended schedule suggested by FORT's counsel and joined by the other defense counsel listed in Paragraph 9 above. The schedule proposed by the defense is not unreasonable in the Government's view, and the Government has no objection to it if the Court is agreeable to it.

11. Counsel for all Defendants have had an opportunity to review this joint status report and agree to the representations set forth herein.

DATED: May 29, 2026.

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

FLAVIO DE ABREU
Special Assistant United States Attorney

HARMEET K. DHILLON
Assistant Attorney General

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General

KELSEY MCGEE
Trial Attorney

*/s/ Kelsey E. McGee*
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 251-0053
E-Mail: kelsey.mcgee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA