**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

NEKIMA LEVY ARMSTRONG, et al.,

Defendants.

Case No. 26-cr-25 (LMP/DLM)

**ORDER FOR *IN CAMERA* REVIEW**

On June 10, 2026, United States Magistrate Judge Douglas L. Micko denied three motions seeking the disclosure of grand jury materials. *See* ECF No. 540 (denying ECF Nos. 125, 441, 491). Before the Court are objections to Magistrate Judge Micko's order. ECF Nos. 549[1] and 550.[2] The objections argue, in part, that the Court should conduct an *in camera* review of the grand jury materials to determine what materials, if any, should be disclosed. ECF No. 549 at 12; ECF No. 550 at 14.

Balancing the competing interests of maintaining secrecy for grand jury materials, *see United States v. McDougal*, 559 F.3d 837, 840 (8th Cir. 2009), against whether a

---

[1] Jointly signed by Defendants Nekima Levy Armstrong, Chauntyll Louisa Allen, William Scott Kelly, Jerome Deangelo Richardson, Jamael Lydell Lundy, Trahern Jeen Crews, Ian Davis Austin, Aziza M. Aboud, Max Richard Adamson, Ezra Chaim Pye Blumenfeld, Kelly Ann Carey, Monique Cullars-Doty, Tiffany Lynn Dunlap, Andrew Edwards, Rachel Goligoski, Ariel Hauptman, Krista Erin Hogan, Danielle Andrea Matthias, Catie Anne Michaelson, Eric Ryan Michaelson, David Okar, Jarmel Perry, Cheryl Ann Persigehl, Emmar Monike Pineda-Moreno, Spencer Michael Rodriguez-Bocanegra, Katherine Shaw, Satara Diann Strong-Allen, Charles Swenson, Robyn Elise Swenson, Lee Elizabeth Wiedeman Tuggle, John Vergin, and Mark D. Weinfurter.

[2] Jointly signed by Defendants Don Renaldo Lemon and Georgia Ellyse Fort.

"ground may exist to dismiss the indictment because of a matter that occurred before the grand jury," Fed. R. Crim. P. 6(e)(3)(E)(ii), the Court agrees with Defendants that an *in camera* review of the grand jury materials is appropriate under Rule 6(e) and necessary to rule on their objections to Magistrate Judge Micko's order.

Accordingly, **IT IS HEREBY ORDERED** that by August 25, 2026, the United States produce a copy of the transcripts and a thumb drive of any multi-media evidence for *in camera* review for (1) the presentation by the Department of Justice attorney(s) and case agent(s) to the grand jury on January 29, 2026, resulting in the indictment (ECF No. 39); and (2) the presentation by the Department of Justice attorney(s) and case agent(s) to the grand jury on February 26, 2026, resulting in the superseding indictment (ECF No. 144). The materials should comprise any introduction, legal instruction for the two counts, witness testimony, and closing, including answers to questions from the grand jurors.

Dated: August 18, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge